IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WAYNE H. NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COTTONWOOD FINANCIAL LIMITED, | ) | |
| d/b/a CASH STORE, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:16-CV-3149-C |

## ORDER OF DISMISSAL

The Court having considered the Joint Stipulation of Dismissal with Prejudice filed

January 16, 2017,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** with

prejudice, with costs taxed against the party incurring same.

Dated January 17, 2017.


_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE